IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

OPAL WATSON                               CASE NO.: **3:10-cv-00985-MMH-JBT**

    Plaintiff,

vs.

HSBC CARD SERVICES INC. t/a HSBC BANK NEVADA, N.A., et. al.

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Rule 41(a), Fed.. R. Civ. P., plaintiff, Opal Watson and defendants, HSBC Card Services, Inc. and Zakheim & Associates, P.A., hereby jointly stipulate to the dismissal with prejudice of all claims in this cause *with prejudice,* with each side to bear its own fees and costs.

| | |
|---|---|
| /s/ Wendell Finner | /s/ Laura L. Westerman |
| Wendell Finner, Fla. Bar #93882 | Laura L. Westerman, Fla. Bar #85573 |
| 340 Third Avenue South, Suite A | 450 S. Orange Ave., Suite 200 |
| Jacksonville Beach, FL 32250-6767 | Orlando, FL 32801 |
| Telephone: (904) 242-7070 | Telephone: (407) 244-0888 |
| *Counsel for Plaintiff* | *Counsel for HSBC Card Services, Inc.* |

    /s/ Barbara Fernandez
Barbara Fernandez, Fla. Bar No. 493767
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida 33156-2741
Telephone: (305) 358-7747

*Counsel for Zakheim & Associates, P.A.*