**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

OPAL WATSON,

            Plaintiff,

-vs-                                      Case No. 3:10-cv-985-J-34JBT

HSBC CARD SERVICES, INC.,
trading as HSBC Bank Nevada, N.A., and
ZAKHEIM & ASSOCIATES, P.A.,

            Defendants.

_____

**ORDER OF DISMISSAL**

This matter is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 22; Stipulation) filed on July 13, 2011. In the Stipulation, the parties state that they agree to the dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own fees and costs.

    3.    The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of July, 2011.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record